UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON SCHOOLS RISK MANAGEMENT POOL,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-01965-BAT<br><br>**ORDER TO SHOW CAUSE** |

The Complaint in this matter was filed on November 27, 2024. Dkt. 1. No summons has been issued as to Defendant Washington Schools Risk Management Pool. To date, Plaintiff has not provided proof that proper service of the Complaint has been made on Defendant as required by Fed. R. Civ. P. 4(m) or taken any other action in this case.

Plaintiff is hereby **ORDERED** to show cause by **March 11, 2025**, why this matter should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this Order, this case shall be dismissed without prejudice.

DATED this 5th day of March, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER TO SHOW CAUSE - 1